Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

FILED
CHARLOTTE, NC

# UNITED STATES DISTRICT COURT
для the
Western District of North Carolina

FEB 11 2026

US DISTRICT COURT
WESTERN DISTRICT OF NC

Charlotte Division

| | |
|---|---|
| Dr. Jarin M. Wray | ) Case No. 3:26-CV-109-MEO |
| | ) *(to be filled in by the Clerk's Office)* |
| *Plaintiff(s)* | ) |
| *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | ) Jury Trial: *(check one)* ☐ Yes ☑ No |
| -v- | ) |
| NFL Properties LLC & NBA Properties Inc | ) |
| *Defendant(s)* | ) |
| *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | ) |

## COMPLAINT FOR A CIVIL CASE

I.  **The Parties to This Complaint**

   A.  **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Dr. Jarin M. Wray |
   | Street Address | 4401 Barclay Downs Dr. Unit 613 |
   | City and County | Charlotte, Mecklenburg |
   | State and Zip Code | NC 28209 |
   | Telephone Number | 704.303.2140 |
   | E-mail Address | jarin.m.wray@gmail.com |

   B.  **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Page 1 of 5

Defendant No. 1

| | |
|---|---|
| Name | NFL Properties LLC (344250) |
| Job or Title (if known) | Roger Goodell; Jerry Jones; Robert Kraft |
| Street Address | 345 Park Avenue, 5th Floor |
| City and County | New York, New York County |
| State and Zip Code | NY 10154 |
| Telephone Number | (212) 450-2027 |
| E-mail Address (if known) | roger.goodell2@nfl.net and jjones@dallascowboys.net |

Defendant No. 2

| | |
|---|---|
| Name | NBA Properties Inc (213747) |
| Job or Title (if known) | Adam Silver; Bill Chisholm; Mark Walter |
| Street Address | 645 Fifth Avenue |
| City and County | New York, New York County |
| State and Zip Code | NY 10022 |
| Telephone Number | (212) 407-8000 |
| E-mail Address (if known) | bill@symphonytg.com and mark.walter@guggenheimpartners.com |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title (if known) | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address (if known) | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title (if known) | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address (if known) | |

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question     [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Antitrust
18 U.S. Code § 1344 - Bank Fraud
18 U.S. Code § 1031 - Major Fraud Against the United States
18 U.S. Code § 1956 - Laundering of Monetary Instruments
China Owned / Shell Companies

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual
   
   The plaintiff, *(name)* Dr. Jarin M. Wray, is a citizen of the State of *(name)* North Carolina.

   b. If the plaintiff is a corporation
   
   The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual
   
   The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

      b.     If the defendant is a corporation

The defendant, *(name)* NFL Properties LLC, is incorporated under the laws of the State of *(name)* Delaware (344250), and has its principal place of business in the State of *(name)* New York (2712813).

Or is incorporated under the laws of *(foreign nation)* _____,

and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.     The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

$400M total to (3) American Nonprofits and the State of NC, and franchise ownership transfers. The NFL and NBA successfully executed fraud schemes in China's interest against the U.S. with the sale of the Celtics and Lakers, and the increasing business valuation across the NFL and NBA linked to China. Root cause analysis found heavy China linked entities in sports franchises that aided higher sales and overall valuations. We have the solution: opencorporates.com.

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

The NFL and NBA engaged in fraud schemes with China. The NBA approved the sale of the Boston Celtics for $6.1B and the Lakers for $10B, with both having heavy China linked entities. NFL stadiums and privacy policies from the Dallas Cowboys ($13.1B) and New England Patriots ($9.7B) also link back to heavy China entities. These actions make a future purchase of a team difficult to achieve, increases the business power to make league wide decisions, endangers the security of the U.S. and our people, funds China directed activities, and fosters an unethical business environment as enforcing the law requires all business leaders to fully obey the law.

### IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Transfer ownership of the Dallas Cowboys (before 2026 offseason) and Boston Celtics to Jarin Wray. Transfer ownership of the New England Patriots to Tom Brady. Lakers to find new ownership. Business review of the NFL and NBA's legal entities, governing body, and corporate policies. $100M payment to the American Heart Association, American Liver Foundation, the National Kidney Foundation, and the State of North Carolina.

*No criminal prosecution, this settlement/case is to never be criminally charged or prosecuted, if such actions occur, immediately reject the case, dismiss the case, or grant a Presidential pardon without objection - U.S. systems failed across the board over decades. This is a "onetime" educational fix, work with the U.S. to make positive change in America for those you've impacted, prove you can make a positive impact, be better in real life to real people, future criminal actions can be linked back to this settlement/case.* Dr. Jarin M. Wray, DBA

Spread the word, we have real lives to touch, we don't need these legal situations. Please stop these actions.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 2/11/2026

Signature of Plaintiff: *Dr. Jarin M. Wray* /s/ Jarin M. Wray

Printed Name of Plaintiff: Dr. Jarin M. Wray

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____

Printed Name of Attorney: _____

Bar Number: _____

Name of Law Firm: _____

Street Address: _____

State and Zip Code: _____

Telephone Number: _____

E-mail Address: _____

*2. The Defendant(s)*

*b2. If the defendant is a corporation*
*The defendant, NBA Properties Inc, is incorporated under*
*the laws of the State of New York (213747), and has its*
*principal place of business in the State of New York (213747).*

Please see attached business entity analysis (defendants are aware and have these documents too):

The Dallas Cowboys – AT&T Stadium
The New England Patriots – Gillette Stadium
The Boston Celtics Ownership
The Los Angeles Lakers Ownership

 5.5 + 7.20                                                                                          Love You Carina